No. 92–1077. AMERICAN AIRLINES, INC. *v.* DAVIES. C. A. 10th Cir. Certiorari denied.

No. 92–1377. SHERMAN, FOR HIMSELF AND AS NATURAL GUARDIAN OF SHERMAN, A MINOR *v.* COMMUNITY CONSOLIDATED SCHOOL DISTRICT 21 OF WHEELING TOWNSHIP ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1417. MCSWEENEY ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR CENTRAL SAVINGS & LOAN ASSN. C. A. 9th Cir. Certiorari denied.

No. 92–1421. HALEY *v.* DEPARTMENT OF THE TREASURY ET AL. C. A. Fed. Cir. Certiorari denied.

No. 92–1449. PARKER *v.* OREGON STATE BOARD OF BAR EXAMINERS. Sup. Ct. Ore. Certiorari denied.

No. 92–1454. WALDROP *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–1483. MCDANIEL *v.* AKIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1485. PONY EXPRESS COURIER CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 92–1486. ADAMS ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–1494. BOLDEN *v.* OFFSHORE SPECIALTY FABRICATORS, INC. C. A. 5th Cir. Certiorari denied.

No. 92–1518. PAYNE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–1536. CIRCLE NATIVE COMMUNITY *v.* ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES. Sup. Ct. Alaska. Certiorari denied.